UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Omar Merritt,

    Petitioner,

v.

Superintendent,

    Respondent.

Case No. 3:17-CV-105 JVB

## OPINION AND ORDER

Omar Merritt, a pro se prisoner, filed a habeas corpus petition seeking monetary compensation for a prison disciplinary hearing which was overturned on appeal. In MCF 15-09-444 he was found guilty by a Disciplinary Hearing Officer (DHO) at the Miami Correctional Facility of possessing a dangerous device in violation of A-106. He was sanctioned with the loss of 120 days Earned Credit Time and demoted from Credit Class 1 to Credit Class 2. However, all of this was overturned during his administrative appeals. So the duration of his confinement has not been lengthened by that proceeding.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Though he argues that he lost his job and other privileges because of the charges, that is not cognizable in a habeas corpus case. *See Cochran v. Buss*, 381 F.3d 637, 638 (7th Cir. 2004). For these reasons, the petition is **DENIED** pursuant to Habeas Corpus Rule 4 and the clerk is **DIRECTED** to close this case.

SO ORDERED on February 16, 2017.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE